# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERGUN KAYA, an individual, and ORGANIC NATURAL COLORS, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>MASERATI NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: **2:25-cv-05503-MWC-JC**<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 15)**<br><br>**JS-6** |

    Having reviewed the stipulation of the parties, and good cause appearing therefor, the stipulation is granted.

    The entire action, including all claims and counterclaims stated herein against all parties, is hereby ordered DISMISSED with prejudice.  The Court retains jurisdiction over the terms of the parties' settlement agreement.

Case 2:25-cv-05503-MWC-JC   Document 16   Filed 11/07/25   Page 2 of 2   Page ID #:89

**IT IS SO ORDERED.**

DATE: November 7, 2025        By: _____

　　　　　　　　　　　　　　　　Hon. Michelle Williams Court
　　　　　　　　　　　　　　　　United States District Judge

2
ORDER OF DISMISSAL